BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00393 LKK |
| Plaintiff, | **ORDER EXCLUDING TIME** |
| v. | |
| ARMANDO VASQUEZ-BARRAGAN, a.k.a. Armando Arula Vasquez, | |
| Defendant. | |

The parties appeared before the undersigned for a status conference on October 2, 2012, and requested that the matter be continued to November 20, 2012, for a status conference. This case has been ordered related to the case of United States v. Delgado-Ezquivel, et al., 2:11-cr-00076 LKK (E.D. Cal.), and a status conference is scheduled in that case for November 20, 2012.

The parties have represented that they need time to consider whether the two related cases may be resolved pursuant to a global plea agreement as to defendant Vasquez-Barragan. On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this

1

case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is HEREBY ORDERED that time from the date of this Order to and including the November 20, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

DATED: October 4, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT