BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO VASQUEZ-BARRAGAN,<br> a.k.a. Armando Arula Vasquez,<br><br>Defendant. | CASE NO. 2:11-cr-00393 LKK<br><br>**ORDER EXCLUDING TIME** |

The parties appeared before the undersigned for a status conference on April 9, 2013, and defendant requested that the matter be continued to May 21, 2013, for a status conference in light of the potential resolution of this case and the related case. This case has been ordered related to the case of United States v. Delgado-Ezquivel, et al., 2:11-cr-00076 LKK (E.D. Cal.), and a status conference is scheduled in that case for May 21, 2013.

Defendant's counsel represented that he needs time to consider whether the related cases may be resolved pursuant to a global plea agreement as to defendant Vasquez-Barragan. On the basis of counsel's representations and good cause appearing therefrom, the

1

Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is HEREBY ORDERED that time from April 9, 2013, to and including the May 21, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

DATED: April 11, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT