1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00393 LKK |
|---|---|
| Plaintiff, | ORDER EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ARMANDO VASQUEZ-BARRAGAN, aka Armando Arula Vasquez, | |
| Defendant. | |

The parties appeared before the undersigned for a status conference on September 17, 2013, and the parties requested that the matter be continued to October 16, 2013, for a status conference in light of the potential resolution of this case and the related case as to defendant Armando Vasquez-Baragan. This case has been ordered related to the case of United States v. Delgado-Ezquivel, et al., 2:11-cr-00076 LKK (E.D. Cal.), which was also heard on September 17, 2013, and a further status conference is scheduled in that case for October 16, 2013.

Defendant's counsel represented that he needs time to consider a forthcoming plea agreement with his client with a view towards possible resolution of both cases as to defendant Vasquez-Barragan. Additionally, government's counsel in the related case represented that the government is responding to and resolving recent discovery requests made in that case by a co-defendant of Mr. Vasquez-Barragan.

On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is HEREBY ORDERED that time from September 17, 2013, to and including the October 16, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

DATED: October 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT